# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD WACHTER,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN MAYBERG, et al.,<br><br>    Defendants.<br>_____ / | CASE NO. 1:10-cv-00076-SMS PC<br><br>ORDER DENYING MOTION FOR FREE COPIES AND TO FILE EXHIBIT, AND DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COURTESY COPY OF DOCKET<br><br>(Doc. 6) |

Plaintiff Harold Wachter, a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed a request for copies of his filings in this action and a request to file an attached exhibit.[1]  Plaintiff's motion for free copies of his filings is DENIED. Plaintiff may obtain copies of documents from the Clerk's Office for fifty cents per page.

Plaintiff's motion to file an exhibit is also DENIED.  Evidence may not be filed in isolation, and Plaintiff may not supplement his complaint with later-filed evidence.

The Clerk's Office is DIRECTED to send Plaintiff a courtesy copy of the docket in this case.

IT IS SO ORDERED.

Dated:   October 15, 2010              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The request is entitled as one for a preliminary injunction or compensation for property under Rule 65 of the Federal Rules of Civil Procedure, but it is neither.  It is a request for copies and to file evidence.

1