# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD WACHTER,<br><br>        Plaintiff,<br><br>    v.<br><br>STEVEN MAYBERG, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:10-cv-00076-SKO PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983<br><br>(Docs. 1 and 9) |

      Plaintiff Harold Wachter, a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 14, 2010. On May 31, 2011, the Court dismissed Plaintiff's complaint with leave to amend within thirty days. 28 U.S.C. § 1915(e). To date, Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth a claim upon which relief may be granted.

      Accordingly, pursuant to 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under section 1983.

IT IS SO ORDERED.

Dated:   July 25, 2011                     /s/ Sheila K. Oberto
                                                     UNITED STATES MAGISTRATE JUDGE